■ In the Matter of FIFTY-SIXTY SAGINAW REALTY, LLC, Respondent, v ASSESSOR OF TOWN OF HENRIETTA et al., Appellants. (Appeal No. 2.) [858 NYS2d 635]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 16, 2007 in a proceeding pursuant to RPTL article 7. The order, inter alia, modified those parts of an order entered May 15, 2007 determining the fair market value of two parcels of property.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Centra, Lunn and Pine, JJ.

■ In the Matter of MARCUS JOHNSON, Petitioner, v WILLIAM CONNOLLY, Superintendent, Fishkill Correctional Facility, et al., Respondents. [858 NYS2d 646]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Shirley Troutman, A.J.], entered December 12, 2007) to review a determination. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.

■ In the Matter of RIKKI D. ADAMS, Petitioner, v DAVID UNGER, Superintendent, Orleans Correctional Facility, et al., Respondents. [858 NYS2d 646]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered January 17, 2008) to review a determination. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.